# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| NATURAL ALTERNATIVES INTERNATIONAL, INC. AND COMPOUND SOLUTIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DNP INTERNATIONAL CO., INC., <br><br> Defendant. | Misc. No. 14- 1126 <br><br> Pending in the United States District Court for the District of Delaware <br><br> C.A. No. 11-788-GMS <br> (Consolidated) |

## NOTICE OF RELATED CASE

Plaintiffs, Natural Alternatives International, Inc. and Compound Solutions, Inc., hereby gives notice that this case is related to another case pending before this Court, captioned *Natural Alternatives International, Inc. v. Woodbolt Distribution, LLC, et al.*, No. 4:11-cv-04511, assigned to the Hon. Lynn Hughes.

4822-2194-5626.1.

| | |
|---|---|
| Dated: May 5, 2014 | Respectfully submitted, |
| Richard J. Oparil<br>S.D. Texas Bar No. 30422<br>Kevin M. Bell<br>PATTON BOGGS LLP<br>2550 M Street, NW<br>Washington, DC 20037<br>(202) 457-6000<br>roparil@pattonboggs.com | /s/ Richard J. Oparil<br>Glenn A. Ballard, Jr.<br>State Bar No. 01650200<br>BRACEWELL & GUILIANI<br>South Tower Pennzoil Place<br>711 Louisiana, Suite 2300<br>Houston, Texas 77002<br>(713) 223-2300<br>(713) 221-1212 (fax)<br><br>Caroline Cook Maxwell<br>State Bar No. 24055341<br>S.D. Texas Bar No. 927197<br>PATTON BOGGS LLP<br>2000 McKinney Avenue, Suite 1700<br>Dallas, TX 75201<br>(214) 758-1500<br><br>*Attorneys for Plaintiffs*<br>*Natural Alternatives International, Inc. and*<br>*Compound Solutions, Inc.* |